Benjamin E. Hall      #219924
Mark D. Kruthers     #179750
Nathan W. Powell    #232516
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
Attorneys for Defendant TYBRIN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TAMAKLO, an individual<br><br>        Plaintiff,<br><br>v.<br><br>TYBRIN CORPORATION, a Florida corporation, and DOES 1 THROUGH 10, inclusive,<br><br>        Defendant. | Case No. 1:06-CV-00334-AWI-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

Dated:    March __9__, 2007            REHWALD, GLASNER & CHALEFF


                                                                By:    /s/ Lawrence M. Glasner

                                                                _____
                                                                LAWRENCE M. GLASNER

                                                                Attorneys for Plaintiff,
                                                                LARRY TAMAKLO


Dated:    March __15__, 2007           DOWLING, AARON & KEELER INC.



                                                                By:    /s/ Benjamin E. Hall

_____
BENJAMIN E. HALL

Attorneys for Defendant,
TYBRIN CORPORATION

ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii).

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:   March 16, 2007**             _____/s/ Anthony W. Ishii_____
0m8i78                                   UNITED STATES DISTRICT JUDGE



2
STIPULATION AND ORDER FOR DISMISSAL